```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 19-01886-HWV
Sandra Leslie Adams                                                 Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 2          Date Rcvd: Jun 18, 2019
                               Form ID: ntcnfhrg           Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db            +Sandra Leslie Adams,    914 Shiremont Drive,    Mechanicsburg, PA 17050-2155
5193373      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     BANKRUPTCY DEPARTMENT,    4161 PIEDMONT PARKWAY,
                 GREENSBORO, NC 27410)
5200314       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
5194112       +MOHELA on behalf of SoFi,     633 Spirit Drive,    Chesterfield, MO 63005-1243
5193382       +MOHELA/SOFI,    633 SPIRIT DRIVE,    CHESTERFIELD, MO 63005-1243
5203711       +Navient Solutions, LLC on behalf of,     Ascendium Education Solutions, Inc.,    PO BOX 8961,
                 Madison, WI 53708-8961
5193386        SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,    DALLAS, TX 75356-0284
5193387       +SFLNDCORP,    ONE LETTERMAN DRIVE,    SAN FRANCISCO, CA 94129-1494
5196560        SantanderConsumerUSA Inc as servicer for,     UMB Bank, National Association,,
                 Trustee for AL Title Trust I, Assignee,     of BMW Financial Services NA LLC,
                 P.O. Box 560284 Dallas, TX 75356
5193389       +TARGET/TD,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
5193390       +TSI/926,    PO BOX 15095,    WILMINGTON, DE 19850-5095
5193391       +UNEMP COMP OVERPAYMENT MATTERS,     DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5193392       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 19:55:32
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5193374        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:56:39
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,     PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5193375       +E-mail/Text: dehartstaff@pamd13trustee.com Jun 18 2019 19:45:26      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5193376        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 19:45:07     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5193377        E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41      DISCOVER BANK,    12 READS WAY,
                 NEW CASTLE, DE 19720
5195443        E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5193378        E-mail/Text: cio.bncmail@irs.gov Jun 18 2019 19:44:48      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5193380       +E-mail/Text: bk@lendingclub.com Jun 18 2019 19:45:26      LENDING CLUB,    71 STEVENSON, STE 300,
                 SAN FRANCISCO, CA 94105-2985
5193381       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 19:55:34      LVNV FUNDING LLC,
                 BK NOTICE,    55 BEATTIE PL STE 110 MS576,    GREENVILLE, SC 29601-2165
5198843        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 19:56:07      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5193383       +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2019 19:55:33      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
5193384       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 18 2019 19:45:24
                 QUICKEN LOANS MORTGAGE SERVICES,     635 WOODWARD AVENUE,    DETROIT, MI 48226-3408
5208149       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 18 2019 19:45:24      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5193385       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 19:55:34
                 RESURGENT CAPITAL SERVICES,    55 BEATTIE PLACE #110,    GREENVILLE, SC 29601-5115
5193388       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:36      SYNCB/PPXTRM,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
5193878       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5193379*       IRS CENTRALIZED INSOLVENCY ORGANIZATION,     PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Sandra Leslie Adams karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sandra Leslie Adams,  
fka Sandra Leslie Shaw,

Chapter 13

**Debtor 1**

Case No. 1:19–bk–01886–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)