United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Sandra Leslie Adams  
    Debtor

Case No. 19-01886-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 18, 2024      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Leslie Adams, 814 Charlotte Way, Enola, PA 17025-1548 |
| 5196560 | | SantanderConsumerUSA Inc as servicer for, UMB Bank, National Association,, Trustee for AL Title Trust I, Assignee, of BMW Financial Services NA LLC, P.O. Box 560284 Dallas, TX 75356 |
| 5193390 | + | TSI/926, PO BOX 15095, WILMINGTON, DE 19850-5095 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 18 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193373 | | EDI: BANKAMER | Apr 18 2024 22:41:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5200314 | + | EDI: BANKAMER2 | Apr 18 2024 22:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5193374 | | EDI: CAPITALONE.COM | Apr 18 2024 22:41:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5193376 | | EDI: PENNDEPTREV | Apr 18 2024 22:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5193376 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2024 18:47:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5193391 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 18 2024 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5193377 | | EDI: DISCOVER | Apr 18 2024 22:41:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5195443 | | EDI: DISCOVER | Apr 18 2024 22:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5193378 | | EDI: IRS.COM | Apr 18 2024 22:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5193375 | | Email/Text: info@pamd13trustee.com | Apr 18 2024 18:46:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5193380 | + | EDI: LENDNGCLUB | Apr 18 2024 22:41:00 | LENDING CLUB, 71 STEVENSON, STE 300, SAN FRANCISCO, CA 94105-2985 |
| 5193381 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:32 | LVNV FUNDING LLC, BK NOTICE, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |

District/off: 0314-1　　　User: AutoDocke　　　Page 2 of 3
Date Rcvd: Apr 18, 2024　　　Form ID: 3180W　　　Total Noticed: 32

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5198843 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5220213 | + | EDI: LENDNGCLUB | Apr 18 2024 22:41:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5194112 | | Email/Text: EBN@Mohela.com | Apr 18 2024 18:46:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5193382 | | Email/Text: EBN@Mohela.com | Apr 18 2024 18:46:00 | MOHELA/SOFI, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5193383 | + | EDI: NAVIENTFKASMSERV.COM | Apr 18 2024 22:41:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5203711 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 18 2024 18:46:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO BOX 8961, Madison, WI 53708-8961 |
| 5220453 | | EDI: PRA.COM | Apr 18 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5193384 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2024 18:47:00 | QUICKEN LOANS MORTGAGE SERVICES, 635 WOODWARD AVENUE, DETROIT, MI 48226-3408 |
| 5208149 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2024 18:47:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5193385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:38 | RESURGENT CAPITAL SERVICES, 55 BEATTIE PLACE #110, GREENVILLE, SC 29601-5115 |
| 5193386 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2024 18:47:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5193387 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 18 2024 18:49:29 | SFLNDCORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 5193388 | + | EDI: SYNC | Apr 18 2024 22:41:00 | SYNCB/PPXTRM, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5193878 | + | EDI: PRA.COM | Apr 18 2024 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193389 | + | EDI: WTRRNBANK.COM | Apr 18 2024 22:41:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5221088 | + | Email/Text: bncmail@w-legal.com | Apr 18 2024 18:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5193392 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 18 2024 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5193379 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 1:19-bk-01886-HWV    Doc 56    Filed 04/20/24    Entered 04/21/24 00:23:57    Desc
Imaged Certificate of Notice    Page 2 of 6

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Sandra Leslie Adams DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Sandra Leslie Adams karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sandra Leslie Adams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1465<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–01886–HWV | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Sandra Leslie Adams
  fka Sandra Leslie Shaw

4/18/24

**By the court:**   *Henry W. Van Eck*

  Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**